UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-34627 |
|---|---|
|    MARK MANCUSO | (Chapter 13) |
|    SUSAN MANCUSO | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4005251**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 12 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 409.61 |

   /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/22/2010

Certificate of Service   05-34627

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK MANCUSO
SUSAN MANCUSO
523 STERLING MEADOWS PL.
BROOKVILLE, OH  45309

W MARK JUMP
2130 ARLINGTON RD
COLUMBUS, OH  43221

(12.1)
CAPITAL ONE
% TSYS DEBT MANAGEMENT
BOX 5155
NORCROSS, GA  30091

(24.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

(22.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner       cs